UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BILLY D. BELL, THOMA PANDA,
JONATHAN W. SMITH, GIOVANNI
TORRES and MARK TOLBERT,

        Plaintiffs,

v.                                        Case No: 6:11-cv-1175-Orl-36DAB

CENTRAL FLORIDA CABLE
COMMUNICATIONS, INC.,

        Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge David A. Baker on October 30, 2012 (Doc. 34). In the Report and Recommendation, Judge Baker recommends that the Court grant the parties' Joint Motion to Approve Settlement, filed on October 19, 2012 (Doc. 33), and dismiss this case with prejudice. Doc. 34, p. 5. On October 31, 2012, the parties filed a Notice of Non-Objection to the Report and Recommendation of Magistrate Judge Baker (Doc. 35).

The Court agrees with the Magistrate Judge that settlement in the amount of $27,950.00 to Plaintiffs for overtime wages and liquidated damages and $11,128.00 for attorney's fees and costs is reasonable under the circumstances of this case. Doc. 34, pp. 4-5. The Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act ("FLSA"). *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982); 29 U.S.C. § 216. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with

an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 34) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 33) is **GRANTED.** The Settlement (Doc. 33-Ex. 1) constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge David A. Baker